PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00243 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JUA MOORE, | DATE: June 6, 2017 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. This matter is set for a status conference on June 6, 2017. By this stipulation, the parties now seek to vacate the June 6 date and continue the status conference to July 11, 2017 at 9:15 a.m., and to exclude time between June 6, 2017 and July 11, 2017 at 9:15 a.m., under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

    a) The Government has provided discovery comprising 343 pages of documents.

    b) Counsel for Defendant is consulting with Defendant about how to proceed with the case, and needs time to review the discovery with Defendant and consult further on how to proceed. Counsel for Defendant has exercised due diligence but requires additional time. In particular, the parties have agreed to basic terms of a plea agreement, which the Government is

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

now preparing and which Counsel will need to review with his client.

        c)        The parties submit that failure to grant the requested continuance would deny defense counsel reasonable time to consult with his client and assess how to proceed with this case, taking into account the exercise of due diligence.

        d)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 6, 2017 to July 11, 2017 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial.

3.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: June 5, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ OWEN ROTH<br>OWEN ROTH<br>Assistant United States Attorney |
| Dated: June 5, 2017 | /s/ MICHAEL CHASTAINE<br>MICHAEL CHASTAINE<br>Counsel for Defendant<br>JUA MOORE |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 5th day of June, 2017.

                             /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE